**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION**

| | |
|---|---|
| JAWZRSIZE, LLC,<br><br>                Plaintiff,<br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE "A",<br><br>                Defendants. | No. 21-cv-2888<br><br>Hon. Martha M. Pacold<br><br>Mag. Jeffrey L. Cummings |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jawzrsize, LLC, hereby dismisses with prejudice all causes of action in the amended complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 76 | Shenzhen Youweiyoupin Technology Co., Ltd. |
| 120 | INHOOM |
| 129 | BELOVINGES |
| 178 | hanmo |
| 189 | faddy-1 |
| 191 | wutongdianzi |
| 199 | atnight |
| 244 | OUTTOP |
| 256 | WDfunny |
| 257 | yyekliop |
| 427 | queest9 |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Date: August 6, 2021                              Respectfully submitted,

                                                                     /S/BRANDON BEYMER

BRANDON BEYMER (ARDC NO. 6332454)<br>
DALIAH SAPER (ARDC NO. 6283932)<br>
SAPER LAW OFFICES, LLC<br>
505 N. LASALLE, SUITE 60654<br>
CHICAGO, ILLINOIS 60654<br>
(312) 527-4100

### **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will send an e-mail to the e-mail addresses provided for Defendant by third parties.

<em>/s/ Brandon Beymer</em><br>
Brandon Beymer